**UNITED STATES ex rel. Antonio DI STEFANO, Relator-Appellant, v. Jesse D. MOORE, U. S. Marshal for the Eastern District of New York, and Edward E. Fay, U. S. Commissioner, Respondents-Appellees.** *

No. 189.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1930.

Arthur N. Field, of Brooklyn, N. Y. (Charles Berlin, of Brooklyn, N. Y., of counsel), for appellant.

Howard W. Ameli, U. S. Atty., and Herbert H. Kellogg, Asst. U. S. Atty., both of Brooklyn, N. Y. (Ralph Atkins, for Consul General of Italy at New York, of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order 46 F.(2d) 308 affirmed.